FILED
CLERK, U.S. DISTRICT COURT

01/28/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA PLAINTIFF(S) v. Cannon Marquice Everett DEFENDANT(S). | CASE NUMBER 5:21-mj-00046 19-cr-1618-AJB **DECLARATION RE OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: Probation Violation Petition
in the Southern District of California on 01/28/2021
at 0800 ☒ a.m. / ☐ p.m.  The offense was allegedly committed on or about January 04, 2021
in violation of Title 18 U.S.C., Section(s) 3583
to wit: Probation Violation Petition

A warrant for defendant's arrest was issued by: Honorable Anthony J. Battaglia

Bond of $ NO BAIL  was ☒ set / ☐ recommended.

Type of Bond: NA

Relevant document(s) on hand (attach): NA

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   1/28/21
              Date

_/s/_____          Daniel Donoso
Signature of Agent                     Print Name of Agent


USMS                                   DUSM
Agency                                 Title


CR-52 (03/20)              DECLARATION RE OUT-OF-DISTRICT WARRANT